**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ADP Commercial Leasing, LLC, a Delaware limited liability company, ) )<br>Plaintiff, )<br>vs. )<br>Soho Resource Group, Inc., an Arizona corporation; Gena Zischke; Michael Barreras, )<br>Defendants. ) | No. CV 04-2730 PHX-DGC<br><br>**ORDER** |

The parties have filed a Stipulated Motion to Dismiss Pursuant to Settlement Agreement. *See* Doc. #51.

**IT IS ORDERED** that pursuant to the stipulation, this case is hereby dismissed with prejudice on the basis of the terms and conditions contained in the parties' Settlement Agreement.

**IT IS FURTHER ORDERED** that the trial date is vacated.

**IT IS FURTHER ORDERED** directing the Clerk to terminate this action.

DATED this 7th day of February, 2006.

David G. Campbell
United States District Judge